LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| LISA DEE LEACH,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:18-cv-02001-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND AND DEFENDANT'S TIME TO FILE RESPONSE** |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before January 14, 2019 and Defendant shall file her Cross-Motion on or before April 12, 2019.

SO ORDERED.

DATED: January 9, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE