UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DEE LEACH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:18-cv-02001 AC<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed her motion for summary judgment in this matter on January 14, 2019. ECF No. 15. The Commissioner's motion for summary judgment was due within 30 days of plaintiff's filing; no response has been filed. ECF No. 5 at 2. The Commissioner is ORDERED to show cause no later than March 6, 2019 why her failure to file should not be construed as a statement of non-opposition. Filing an opposition will discharge this order.

DATED: February 27, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE