UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DEE LEACH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:18-cv-02001 AC<br><br><br><br>ORDER |

On January 14, 2019 the court issued an order to show cause (ECF No. 16). The Commissioner has responded (ECF No. 17). The court acknowledges that the order to show cause was issued in error, and it is hereby VACATED.

　　　　IT IS SO ORDERED.

DATED: March 4, 2019

　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE