| | |
|---|---|
| 1 | LANGLEY KREUZE, SBN: 254739 |
| 2 | SHELLIE LOTT, SBN:   246202 |
|   | Cerney Kreuze & Lott, LLP |
| 3 | 42 N. Sutter Street, Suite 400 |
|   | Stockton, California 95202 |
| 4 | Telephone: (209) 948-9384 |
|   | Facsimile: (209) 948-0706 |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DEE LEACH, | Case No.:   2:18-cv-02001-AC |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Notice is hereby given that, subject to approval by the court, Lisa Dee Leach substitutes Shellie Lott, State Bar #246202 as counsel of record in place of Langley Kreuze.  Contact information for new counsel is referenced above.

I consent to the above substitution:

    Dated: March 28, 2019            */s/ Lisa Dee Leach*
                                                                            LISA DEE LEACH

I consent to be substituted:

    Dated: March 28, 2019            */s/ Langley Kreuze*
                                                                              LANGLEY KREUZE
                                                                              Attorney for Plaintiff

I consent to the above substitution:

    Dated: March 28, 2019            */s/ Shellie Lott*
                                                                              SHELLIE LOTT
                                                                              Attorney for Plaintiff

| | |
|---|---|
| 1 | LANGLEY KREUZE, SBN: 254739 |
| 2 | SHELLIE LOTT, SBN: 246202 |
|   | Cerney Kreuze & Lott, LLP |
| 3 | 42 N. Sutter Street, Suite 400 |
|   | Stockton, California 95202 |
| 4 | Telephone: (209) 948-9384 |
| 5 | Facsimile: (209) 948-0706 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA DEE LEACH, | Case No.: 2:18-cv-02001-AC |
| Plaintiff, | |
| vs. | **ORDER RE NOTICE OF SUBSTITUTION OF ATTORNEY** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

The substitution of attorney is hereby approved and so ORDERED.

DATED: March 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE